In re Louisiana, State of; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Calcasieu, 14th Judicial District Court, Div. “F”, Nos. 8129-92, 8130-92, 13364-91; to the Court of Appeal, Third Circuit, Nos. CA94-1572, CA94-1573, CA94-1574.
Granted. Judgment of the court of appeal is reversed. Judgment of the trial court is reinstated. State v. Williams, 26024 (La. App.2d Cir. 8/17/94), 641 So.2d 1050, writ denied, 94-2353 (La. 11/18/94), 646 So.2d 389. See State v. Landfair, 93-2818 (La. 1/18/94), 630 So.2d 1310.
KIMBALL, J., would grant and docket.
LEMMON, J., not on panel.